UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN CORRAL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNKNOWN,<br><br>　　　　Defendant. | No. 2:23-cv-1058 CKD P<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file a motion to proceed in forma pauperis. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 5) is granted.

2. Plaintiff is granted thirty days from the date of this order in which to file a motion to proceed in forma pauperis or the required filing fee in the amount of $402.00.

3. In light of the reassignment of this case to a different magistrate judge, the Clerk of Court is directed to send plaintiff a new Consent/Decline of U.S. Magistrate Judge Jurisdiction form.

Dated: July 5, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

12/corr1058.36