UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN SCOTT CORRAL, | No. 2:23-cv-1058 DAD CKD P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| UNKNOWN, | |
| Defendant. | |

Plaintiff is a Sacramento County Jail prisoner proceeding pro se and seeking relief pursuant to 42 U.S.C. § 1983. On January 3, 2024, the court screened plaintiff's complaint as the court is required to do under 28 U.S.C. § 1915A(a). The complaint was dismissed with leave to amend. Plaintiff has now filed an amended complaint which the court now screens.

As with the original complaint, plaintiff fails to identify any defendants in the amended complaint. Because plaintiff fails to allege any party violated his federal rights, the amended complaint must be dismissed. The court will not grant leave to amend a second time as that appears to be futile.

/////
/////
/////
/////

1

In accordance with the above, IT IS HEREBY RECOMMENDED that:

1. Plaintiff's amended complaint be dismissed; and
2. This case be closed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: April 22, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
corr1058.frs