UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN SCOTT CORRAL,<br><br>            Plaintiff,<br><br>    v.<br><br>UNKNOWN,<br><br>            Defendant. | No.  2:23-cv-1058 DAD CKD P<br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff, a Sacramento County Jail prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  On April 23, 2024, the court recommended that this action be dismissed.  Plaintiff filed objections on May 20, 2024.  Because the objections are well-taken, the court will vacate the April 23, 2024, recommendation that this action be dismissed.

However, a review of court records reveals that plaintiff is barred from proceeding in forma pauperis in this action.  Title 28 U.S.C. § 1915(g) reads as follows:

> In no event shall a prisoner bring a civil action . . . [in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

Corral v. Bouldin, 2:18-cv-1629 TLN CKD P and Corral v. Sullivan, 2:18-cv-1843 KJM CKD P were both dismissed for failure to state a claim.  In Corral v. Martinez, 2:19-cv-0859 JAM

1

KJN P, plaintiff's complaint was dismissed for failure to state a claim with leave to amend. ECF No. 9. Plaintiff did not amend, and judgment was entered on July 27, 2020. Dismissal for failure to amend after a determination has been made that the original complaint fails to state a claim amounts to a "strike" under 28 U.S.C. § 1915(g). Harris v. Mangum, 863 F.3d 1133, 1142 (9th Cir. 2017). Plaintiff was incarcerated when he filed all three actions, was permitted to proceed in forma pauperis in all three actions, and all three actions were final well before this case was commenced. There is no allegation by plaintiff in the operative amended complaint that he is under imminent danger of serious physical injury.

In light of the foregoing, the court will recommend that plaintiff's in forma pauperis status be revoked and that plaintiff be given 14 days within which to pay the $405 filing fee for this action.

Accordingly, IT IS HEREBY ORDERED that the court's April 23, 2024, findings and recommendations are vacated.

IT IS HEREBY RECOMMENDED that:

1. Plaintiff's in forma pauperis status be revoked.

2. Plaintiff be granted fourteen days within which to pay the $405 filing fee for this action.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 23, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/corr1058.804

2