1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN SCOTT CORRAL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　　　Defendant. | No. 2:23-cv-01058-DAD-CKD (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND REVOKING *IN FORMA PAUPERIS* STATUS<br><br>(Doc. No. 19) |

Plaintiff Dylan Scott Corral is a county jail inmate proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 3, 2024, the assigned magistrate judge granted plaintiff's motion to proceed *in forma pauperis* in this action. (Doc. No. 12.) Thereafter, the magistrate judge reviewed court records and determined that plaintiff is subject to the three strikes bar under 28 U.S.C. § 1915(g). (Doc. No. 19.) Consequently, on May 24, 2024, the magistrate judge issued findings and recommendations recommending that plaintiff's *in forma pauperis* status be revoked and that plaintiff be ordered to pay the required $405.00 filing fee in full in order to proceed with this action. (*Id*. at 2.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id*.)
/////

1

To date, no objections to those findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the undersigned concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on May 24, 2024 (Doc. No. 19) are adopted;
2. Plaintiff's *in forma pauperis* status is hereby revoked;
3. Within thirty (30) days from the date of service of this order, plaintiff shall pay the $405.00 filing fee in full in order to proceed with this action;
4. Plaintiff is forewarned that failure to pay the filing fee within the specified time will result in the dismissal of this action; and
5. This matter is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:  **July 27, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2