UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN SCOTT CORRAL,<br><br>    Plaintiff,<br><br>    v.<br><br>UNKNOWN,<br><br>    Defendant. | No. 2:23-cv-01058-DAD-CKD (PC)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE |

Plaintiff Dylan Scott Corral is a county jail inmate proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 24, 2024, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's *in forma pauperis* status be revoked and that plaintiff be ordered to pay the required $405.00 filing fee in full in order to proceed with this action. (Doc. No. 19.) On July 29, 2024, the undersigned adopted those findings and recommendations. (Doc. No. 20.) Plaintiff was warned in that order that his failure to pay the filing fee in full within thirty (30) days from the date of service of this order would result in the dismissal of this action without prejudice. (*Id.* at 2.) To date, plaintiff has not paid the requisite filing fee and the time in which to do so has passed.

/////

1

Accordingly,

1. This action is dismissed without prejudice due to plaintiff's failure to pay the filing fee; and

2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **June 10, 2025**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE